UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
S.L.,

                Plaintiff,                              JUDGMENT
v.                                                   24-CV-02776 (OEM)

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES; ALEJANDRO
MAYORKAS; NEW YORK ASYLUM OFFICE;
UR MENDOZA JADDOU; TED H. KIM; JOHN
LAFFERTY; MATTHEW D. EMRICH; and
PATRICIA A. MENGES,

                Defendants.
---------------------------------------------------------------X

       A Memorandum and Order of the Honorable Orelia E. Merchant, United States District Court, having been filed on October 17, 2025, granting Defendants' motion to dismiss; dismissing Plaintiff's Complaint without prejudice to refile; it is

       ORDERED and ADJUDGED that Defendants' motion to dismiss is granted; and Plaintiff's Complaint is dismissed without prejudice to refile.

Dated: Brooklyn, New York                                    Brenna B. Mahoney
       October 20, 2025                                         Clerk of Court

                                                                By:    /s/Jalitza Poveda
                                                                        Deputy Clerk